UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NATHAN KENDRIX FRAZIER, | ) | No. CV 16-4255-DMG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MARTIN FRINK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: September 19, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE